**Barney CANTRELL v. STATE.**
No. 17053.

Court of Criminal Appeals of Texas.
June 29, 1934.

John D. Coffman, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Murder is the offense; penalty assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Clyde CHAMBLESS v. STATE.**
No. 16886.

Court of Criminal Appeals of Texas.
June 6, 1934.

Swanson & Rutgers Von R., of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

**W. H. COBB, alias Troy Cobb, alias Ty Cobb, v. STATE.**
No. 16820.

Court of Criminal Appeals of Texas.
June 13, 1934.

Cline & Cline, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for perjury; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

**Blackie DAVIS v. STATE.**
No. 16564.

Court of Criminal Appeals of Texas.
June 20, 1934.

S. A. Penix and T. G. Binkley, both of Graham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Since the affirmance of the case on May 16, 1934, there has been filed in this court the written motion of the appellant, duly verified by his affidavit, requesting a dismissal of the appeal.

The request is granted, the original opinion is withdrawn, and the appeal is dismissed.